No. —, original. Ex parte Eastern Transportation Co. et al. Submitted March 16, 1931. Decided March 23, 1931. The motion for leave to file petition for writ

of mandamus or prohibition is denied. *Mr. Charles R. Hickox* for petitioners.